JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CAREY,<br><br>           Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of the Social Security Administration,<br><br>           Defendant. | Case No. CV 24-05609-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: September 30, 2025

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE