UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CAREY, | Case No. 2:24-cv-05609-SK |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

WHEREAS The Plaintiff has filed a joint motion for seeking an award of attorney's fees pursuant to the Equal Access to Justice Act; it is hereby

ORDERED that the Plaintiff's joint motion for attorney's fees is GRANTED and Plaintiff is awarded $9,500.00 in attorney's fees.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to Plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). If, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff has assigned the right to EAJA fees to counsel and Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees may be made payable to Plaintiff's counsel, KONOSKI & PARTNERS, P.C., by either electronic funds transfer or check. If Plaintiff owes a debt under the

Treasury Offset Program, any remaining EAJA fees after offset will be made by check payable to Plaintiff.

IT IS SO ORDERED this __22nd__ day of December, 2025.

Steve Kim, U.S. Magistrate Judge